**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7693**

_____

CHRISTOPHER FRANK,

　　　　　　　　Petitioner – Appellant,

　　　v.

TERRY O'BRIEN, Warden,

　　　　　　　　Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.　John Preston Bailey,
Chief District Judge.　(2:11-cv-00045-JPB-DJJ)

_____

Submitted:　May 24, 2012　　　　　　Decided:　May 30, 2012

_____

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Frank, Appellant Pro Se. Helen Campbell Altmeyer,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Frank, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Frank v. O'Brien</u>, No. 2:11-cv-00045-JPB-DJJ (N.D.W. Va. Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>